AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
для the
District of Columbia

United States of America
v.
Darrell Neely

*Defendant*

)
)
)
)
)
)
)

Case: 1:21-mj-00620
Assigned to: Judge Meriweather, Robin M.
Assign Date: 9/30/2021
Description: COMPLAINT W/ ARREST WARRANT

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   **Darrell Neely**,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 641 - Theft of Government Property;
18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds ;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds ;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.

Date:   09/30/2021                        2021.09.30 11:57:12 -04'00'
                                          *Issuing officer's signature*

City and state:   Washington, D.C.        Robin M. Meriweather, U.S. Magistrate Judge
                                          *Printed name and title*

---

**Return**

This warrant was received on *(date)* 9/30/2021, and the person was arrested on *(date)* 10/18/2021
at *(city and state)* Washington, DC.

Date:  10/18/21

*Arresting officer's signature*

Jim Moran, SA, FBI
*Printed name and title*