Yes **UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**DARRELL NEELY,**<br><br>**Defendant.** | **Criminal No.: 21-MJ-620** |

## ORDER

Having considered the Government's Unopposed Oral Motion for the Defendant's release, it is hereby

ORDERED that the District of Columbia Department of Corrections (DOC) release the Defendant, Darrell Neely, FORTHWITH on October 18, 2021; and it is

FURTHER ORDERD that the Defendant appear before the Court on October 19, 2021, at 1:00 PM, Courtroom 6, 333 Constitution Avenue, NW, Washington DC, as directed by a Judicial Summons that will be served upon him by the Federal Bureau of Investigation; and it is

FURTHER ORDERED that the Federal Bureau of Investigation deliver this ORDER to the DOC, and the Judicial Summons to Mr. Neely, FORTHWITH on October 18, 2021.

Date: 10/18/2021

Digitally signed by G. Michael Harvey

G. Michael Harvey
United States Magistrate Judge

1